PD-0526-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/14/2015 5:05:11 PM
Accepted 10/14/2015 5:09:15 PM
ABEL ACOSTA
CLERK

No. PD-0526-15

IN THE COURT OF CRIMINAL APPEALS

OF THE STATE OF TEXAS

THE STATE OF TEXAS,                                              Appellant

v.

VICTOR MANUEL SCHUNIOR, JR.,                          Appellee

\* \* \* \* \*

**STATE'S UNOPPOSED MOTION TO EXTEND TIME FOR**

**FILING ITS BRIEF**

\* \* \* \* \*

ISIDRO R. ALANIZ
DISTRICT ATTORNEY
49th Judicial District

By:
DAVID L. REUTHINGER, JR.
Assistant District Attorney,
Bar I.D. No. 24053936

No. PD-0526-15

IN THE COURT OF CRIMINAL APPEALS

OF THE STATE OF TEXAS

THE STATE OF TEXAS,                                                          Appellant
v.
VICTOR MANUEL SCHUNIOR, JR.,                                      Appellee

\* \* \* \* \*

**STATE'S UNOPPOSED MOTION TO EXTEND TIME FOR**

**FILING ITS BRIEF**

\* \* \* \* \*

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Comes now the State of Texas, by and through its Assistant District Attorney, and respectfully submits to the Court its motion to extend the time for filing its brief to and including the 2nd day of November, 2015, and would show the Court the following:

On September 9, 2015, this Court granted the undersigned attorney's petition for discretionary review in this case. Due to other cases that were pending in the

Fourth Court of Appeals, additional time is required to complete the brief in this case. The State's brief is timely if filed on or before October 16, 2015, and fifteen additional business days should be sufficient to finish it. The following business day is November 2, 2015. No previous motions to extend the deadline for filing this brief have been filed. On October 14, 2015, the undersigned attorney contacted Roberto Balli, Attorney for the Appellee, via email, and he stated that he had no opposition to this request for an extension of time.

WHEREFORE, the State prays that its motion to extend the time for filing its brief until November 2, 2015, be granted.

Respectfully submitted,

ISIDRO R. ALANIZ
DISTRICT ATTORNEY
49th Judicial District

By: ___/s/_____

David L. Reuthinger, Jr.
Assistant District Attorney for
THE STATE OF TEXAS
Webb and Zapata Counties,
49th Judicial District
1110 Victoria St., Suite 401
Laredo, Texas 78040
(956) 523-4900
(956) 523-5070 (Fax)
Bar No. 24053936
dreuthinger@webbcountytx.gov
**ATTORNEY FOR APPELLANT**

# CERTIFICATE OF SERVICE

A copy of the foregoing State's Motion to Extend the Time for Filing its

Brief has been e-served on October 14, 2015 to:

* Roberto Balli, Attorney for Appellee, at robertoballi@sbcglobal.net.

* The State Prosecuting Attorney, information@spa.texas.gov.

_____/s/_____
DAVID L. REUTHINGER, JR.
